General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

From the office the Executor of
Howard James Redmond Bey
P.O. Box 292891
Lewisville, Texas Near [75029]

As Drawn from NOTICE OF SURETY ACT & BOND NO. RB 857 041 809 US

Case Number: 4:22cv933 SDJ/KPJ

VS.

Jay Bray, Doing Business As,
Mr. Copper, et al
C/o 800 State Highway 121 Bypass
Lewisville, Texas [75067]

**FILED**

NOV 0 2 2022

Clerk, U.S. District Court
Eastern District of Texas

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

    1. Employ Counsel
    2. Court - Appointed Counsel
    3. Lawyer Referral Service of the State Bar of Texas,
       P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

_____

_____

_____

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  ____Yes  **x** No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: NA

2. Parties to previous lawsuit(s):

Plaintiff NA

Defendant NA

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

NA

4. Docket number in other court. NA

5. Name of judge to whom the case was assigned.
NA

6. Disposition: Was the case dismissed, appealed or still pending?

NA

7. Approximate date of disposition. NA

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

        Pla #1
```
From the offiice the Executor of
                Howard James Redmond Bey
       P.O. Box 292891
Lewisville, Texas Near [75029]
Certified Mail: 7021 1970 0001 3167 2533
Return Receipt: 9590 9402 6344 0296 4443 81
As Drawn from NOTICE OF SURETY ACT & BOND NO. RB 857 041 809
US
```
        Pla #2
```
see. DENTON COUNTY CLERK, real estate room I 02, Instrument No.
66946 (See www.denton.tx.publicsearch.us and search real estate
records for instrument No. 66946).
```

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:
```
Jay Bray, CEO Doing Business AS,
Mr. Cooper, et al
Or holder of the seat, hereinafter fiduciary
C/o 800 State Highway 121 Bypass
Lewisville, Texas [75067]
```

        Dft #2: _____

        Dft #3 _____

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

See Attachment

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

See Attachment

Signed this _____11 of Nov 2022_____ day of __Nov._____, 20 _22_.
                                           (Month)              (Year)

By: Howard Jane held by

C/o 1440 Bobing Dr
Lewisville TX [75067]

By: Howard Jane held by

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __11/2/2022__
                Date

By: Howard Janes held by A.H.

Signature of each plaintiff

Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America /

'The North Gate'

~ 'Temple of the Moon and Sun' ~

~ Societas Republicae Ea Al Maurikanos ~

The True and De jure Natural Peoples ~ Heirs of the Land

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

From the office the Executor of
Howard James Redmond Bey©™
P.O. Box 292891
Lewisville, Texas Near [75029]
Certified Mail: 7020 2450 0000 5327 9437
Return Receipt: 9590 9402 6347 0296 2936 72
As Drawn from NOTICE OF SURETY ACT & BOND NO. RB 857 041 809 US
see. DENTON COUNTY CLERK, real estate room I 02, Instrument No. 66946 (See
www.denton.tx.publicsearch.us and search real estate records for instrument No. 66946).

DENTON COUNTY COURT OF TEXAS

| | |
|---|---|
| Howard James Redmond Bey©™, Ex Relational HOWARD JAMES REDMOND JR©™ In Propria Persona (Executer) for HOWARD JAMES REDMOND©™ ESTATE<br><br>**Claimant**<br><br>vs.<br><br>**Defendants**<br><br>Jay Bray,CEO Doing Business As, Mr. Cooper et al Or holder of the seat, hereinafter fiduciary, | Case No.<br><br>**DEMAND FOR DECLARATORY JUDGEMENT:** |

1

Certified Mail: 7020 2450 0000 5327 9451
Return Receipt: 9590 9402 6347 0296 2936 89

## INTRODUCTION

NOW COMES Plaintiff Howard James Redmond Bey©™ Executor of the Howard James Redmond Jr. ©™ Estate to present this case against defendant Jay Bray,CEO Doing Business As, Mr. Cooper et al or holder of the seat, hereinafter fiduciary, known as Defendant(s).

The defendant (s) accepted Negotiable instrument (RF 302 321 437 US) in full in agreeance initially sent on or about 14 June 2021, with the payoff statement provided by Mr. Cooper. Defendant(s) has been given multiple opportunities to close Howard James Redmond Bey©™, Ex Relational HOWARD JAMES REDMOND JR©™ account and release the lien held against the estate and deliver title with no encumbrance. I demand a Declaratory Judgement against defendant (s) for damages for payment(s) made under threat, duress, and coercion and release of lien for 1032 Marion Ave Fort Worth Texas 76104, Latitude 32.71626: Longitude -97.31427, Instrument numbers 2021060992, 2021060993,2021061003 and 2021080612.

## BACKGROUND

1. On or about 14 June 2021, a Letter of Acceptance For Value and Returned for Value the Defendant presentment Negotiable Instrument No. RF 302 321 437 US. Negotiable instruments are legal tender for settlement of any debts public or private pursuant to Public Resolution HJR-192, Public Law 73-10, United States Statutes at Large Ch. 48, 48 Stat. 112, 113, Public Law 97-258, 111 Stat. 1318§ 641, 31 USC 5118, 31 CFR 103.11 (u); 31 USCA § 463, UCC 4-215, AND UCC3-603. Included in the AFFIDAVIT OF FACT LETTER OF ACCEPTANCE FOR VALUE AND RETURNED FOR DISCHARGE/SETOFF:

    a. Letter of Authorization For Private Credit Instrument No. RF 302 321 437 US
    b. Form 56 (Rev November 2017) / OMB No. 1545-0013
    c. UCC3 – 210609-0055000
    d. "International Bill of Exchange" Accept for Value NOTIFICATION OF Account Mr. Cooper 0614836237
    e. Form 1099-OID (2018) NO 1545-0117
    f. Form 1096 (2018)/ OMB No. 1545-0108
    g. Form 8281 (Rev. September 2014)/ OMB No. 1545-0887

  h. Form 1040-V (2018/ OMB No. 1545-0074
  j. Form 1040 (2017) /OMB No. 1545-0074

These documents were mailed Registered or Certified mail or Overnight Postal Service with notary service sent. Listed are the registered mail numbers and dates with the first packages sent 1 June 2021, Via Registered No. RF 302 321 437 US, with return receipt: 9590 9402 6344 0296 4440 39. The second request was sent on or about 22 June 2021, via certified mail 7020 0009 0000 5635 5655 with Return Receipt 9590 9402 6344 0296 4439 71. Third and Final notice was mail 12 July 2021, via Certified Mail No. 7020 2450 0000 5328 0815 with return receipt # 9590 9402 6344 0296 4441 21. No response was received from Defendant(s). On 16 August 2021, Defendant(s) was sent Notary Certificate of Collateral Estoppel by Silence Certified Mail 7020 2450 0000 5328 0839 with Return Receipt 9590 9402 5498 9249 0707 17.

Defendant(s) was given ample opportunity to settle this account 0614836237, the mail evidence proves that they received the correspondence, but refused to respond, which yields tacit acquiescence to the facts and truth contained therein.

The legal notice was published in Commercial+Record beginning Sunday September 2, 2021, it ran for six consecutive weeks & Affidavit of Publishing rendered at its commencement.

Legal Notice: Foreclosure Notice to Respondent Notice to Respondents, 1032 Marion Ave Fort Worth Texas 76104, Latitude 32.71626: Longitude -97.31427, Filed in Pulaski County. RESPONDENTS HAVE FAILED TO LAWFULLY REBUT OR REFUTE THE CLAIMS REFERENCED IN THE AFOREMENTIONED INSTRUMENT NUMBERS. AFTER THIS ONE DAY A WEEK FOR FOUR WEEKS PUBLIC NOTICE, RESPONDENTS ARE HEREBY ESTOPPED FROM ANY REMEDY IN LAW OR EQUITY SHOULD THEY FAIL TO REBUT THE FACTS OF THIS PUBLIC NOTICE UNDER PENALTIES OF PERJURY.

Additionally, the defendant(s) were presented with a negotiable instrument in the form of an International Bill of Exchange sent on or about 14 June 2021. The above instrument is being traded on the stock market. The associating Cusip # 74254T559 is included in this document with Affidavit Of Fact. Defendant(s) accepted the instrument used to settle the account but has yet to credit Howard James Redmond Bey©™, Ex Relational HOWARD JAMES REDMOND JR©™ account nor release the lien to the subject property located 1032 Marion Ave Fort Worth Texas 76104, Latitude 32.71626: Longitude -97.31427.

**DECLARATORY JUDGEMENT:** <u>EVIDENCE</u>

I, Howard Redmond Bey©™, present the documents below as evidence for this WRIT Order & Demand for Declaratory Judgment against Defendant.

Evidence:

1. Affidavit of Fact
2. Letter of Instructions And Authorization For Private Credit Serial No. 302 321 437 US
3. A. Form 56 (Rev Number 20L71OMB 1545-0013
   B. UCC 210609-0055000 " International Bill of Exchange No. RF 302 321 437 US "
   Accept for Value NOTIFCATION of Mr. Cooper Account # 0614836237,
   D. Form 1099-OlD (2018) NO 1545-0117
   E. Form 1096 (2018) OMB No. 1545-0108
   F. Form 8281 (Rev. September 20L41/oMB No. 1545-0887
   G. Form 1040-V (2018)/OMB No. 1545-0074 h. Form 1040 (20771/OMB No.1545-0074
4. Correspondence From Lender.
5. Notary's Certificate of Service

4

6. Notary's Certificate of Collateral Estoppel By Silence

7. United State Postal service Mailing Receipt(s) Evidence

8. Cusip documents

9. Affidavit of Fact of Confirming Cusip

## JURISDICTION AND VENUE

This is the proper jurisdiction for this case as plaintiff domiciles in Texas Republic.

## RELIEF

As Executor of Howard Redmond Bey©™, estate it is hereby ordered that this court, by writ for Declaratory Judgment against Defendant and release of lien to the aforementioned property.

Executed this __2__ day of __Nov__ ,2022.

Howard James Redmond Bey©™, sui juris
in full life, in propria persona
authorized representative, ex rel.
HOWARD JAMES REDMOND©™;
U.C.C1-207/308; U.C.C. 1-103.6
All Rights Reserved.
Mailing Location
C/o P.O. Box 292891
Lewisville, Texas 75029

## EXHIBITS

Certified documents Instrument numbers 2021060992, 2021060993, 2021061003 and 2021080612

    A. Recorded in Pulaski County, Arkansas

    B. CUSIP document of International Bill of Exchange RF 304 321 437 US

    C. Affidavit of Fact of Cusip