THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HOWARD JAMES REDMOND BEY, | § § | |
| v. | § § | Civil Action No. 4:22-cv-933-SDJ-KPJ |
| JAY BRAY, D/B/A as MR. COOPER ET AL., | § § § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 1, 2023, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #15), that Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Mr. Cooper") Motion to Dismiss, (Dkt. #6), be granted to the extent Mr. Cooper seeks to dismiss this action without prejudice for lack of subject-matter jurisdiction. The Magistrate Judge further recommended that the "Demand for Declaratory Judgment" (the "Motion for Declaratory Judgment"), (Dkt. #8), "Removal of Magistrate Johnson" (the "Motion for Recusal"), (Dkt. #11), and all other requested relief be dismissed without prejudice for lack of subject-matter jurisdiction. On August 4, 2023, Plaintiff Howard James Redmond Bey ("Plaintiff") filed Objections, (Dkt. #19), asserting, *inter alia*, that his alleged status as a Moorish-American and his mailing of a discharge of the debt to Defendant supports a cause of action against Mr. Cooper.

1

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objections, (Dkt. #19), are **OVERRULED** and the Magistrate Judge's report is **ADOPTED** as the findings and conclusions of the Court.

Accordingly, the Motion to Dismiss, (Dkt. #6), is **GRANTED** to the extent Mr. Cooper seeks dismissal without prejudice for lack of subject-matter jurisdiction, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. The Motion for Declaratory Judgment, (Dkt. #8), the Motion for Recusal, (Dkt. #11), and all other requested relief are also **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

The Clerk is directed to **CLOSE** this civil action.

So ORDERED and SIGNED this 21st day of September, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE